UNITED STATES DISTRICT COURT        (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
CEDAR PETROCHEMICALS, INC.,             : 06 Civ. 3972 (LTS) (JCF)
                                        :
              Plaintiff,                : O R D E R
                                        :
      - against -                       :
                                        :
DONGBU HANNONG CHEMICAL CO., LTD.,      :
KUMHO P&B CHEMICALS, INC.,              :
                                        :
              Defendant.                :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held on March 24, 2009, the Pre-Trial Scheduling Order dated February 2, 2007 is hereby modified as follows:

1. All non-expert witness discovery (paragraph 2(a)) shall be completed by September 30, 2009.

2. All expert discovery (paragraph 2(c)) shall be completed by November 30, 2009.

3. Any dispositive pretrial motions (paragraph 3) shall be submitted by December 31, 2009.

4. The final pre-trial conference (paragraph 9) shall be held on May 14, 2010 at 2:00 p.m. in courtroom 17-C at 500 Pearl Street, New York, New York 10007.

5. The other deadlines -- each of which is triggered by one of the new dates set forth here -- are adjusted accordingly.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/09

SO ORDERED.

*James C. Francis IV*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:     New York, New York
           March 25, 2009


Copies mailed this date:

John T. Lillis, Jr., Esq.
Kennedy Lillis Schmidt & English
75 Maiden Lane, Suite 402
New York, New York 10038

Carolyn T. Schiff, Esq.
McDermott, Will & Emery LLP
340 Madison Avenue
New York, New York 10017

2