# EXHIBIT 5

# Nathan T. Williams

**From:** HVH/CHO YONG [cyhvco@kornet.net]
**Sent:** Friday, February 23, 2007 9:09 AM
**To:** Charlene Silva
**Cc:** HV/CHO YONG
**Subject:** FW: L/C CABLE COPY FOR PHENOL
**Importance:** High

THIS IS FROM ME TO KUMHO AND DONGBU.


THANKS + K.RGDS
CHO YONG/H.V.CO.,LTD.
TEL : 82-2-3471-2118
FAX : 82-2-3472-2110
MOBILE : 018-214-2119
MSN : cyhvco@msn.com

---

**From:** HVH/CHO YONG [mailto:cyhvco@kornet.net]
**Sent:** Thursday, May 19, 2005 7:14 AM
**To:** '박민기'
**Cc:** '김경식 차장님'; 'HV/CHO YONG'
**Subject:** L/C CABLE COPY FOR PHENOL
**Importance:** High

DEAR SIRS,

PLS REFER TO THE ATTACHED CABLE COPY.
PLS TAKE A NECESSARY ACTION FOR SHIPMENT ACCORDINGLY.

-----Original Message-----
**From:** 박민기 [mailto:mkpark@dongbuchem.com]
**Sent:** Wednesday, May 18, 2005 1:44 PM
**To:** cyhvco@kornet.net
**Cc:** 김경식 차장님
**Subject:** (SALES CONTRACT)PHENOL-MAY

**DEAR MR. CHO YONG**

**HELLO, AGAIN.**

**RE : PHENOL**
**WE'D LIKE TO SEND YOU THE COUNTERSIGN OF THE SALES CONTRACT.**

**SINCERELY YOURS,**

**STEVE CHU, M.K. PARK / DONGBU HANNONG CHEMICAL CO., LTD.**

===========================================
M.K. PARK
DONGBU HANNONG CHEMICAL CO., LTD.
TRADING BUSINESS DEPARTMENT
CHEMICAL TEAM II
☎ OFFICE : 82 2 34841876
☎ FAX : 82 2 5627962~3
☞ e-Mail : mkpark@dongbuchem.com
===========================================