# EXHIBIT 9

# SIGNED COMMERCIAL INVOICE

| Shipper | No. & Date of Invoice | |
|---|---|---|
| DONGBU HANNONG CHEMICAL CO., LTD<br>21F DONGBU FINANCIAL CENTER, 891-10<br>DAECHI-DONG, GANGNAM-GU<br>SEOUL, KOREA 135-523 | BC505050GV00 | 050524 |
| | No. & Date of L/C | |
| | DOC 632233 G2 | 050518 |
| | L/C Issuing Bank<br>ING BELGIUM, BRUSSELS, GENEVA BRANCH<br>6 RUE BERTHOT 1204 GENEVA / SWITZERLAND<br>ATTN: DOC. CREDIT DEPT. /G2<br>(TELEX: 413106 ING CH / SWIFT: BBRUCHGTXXX) | |
| For Account & Risk of Messrs<br>CEDAR PETROCHEMICALS INC.<br>110 WALL STREET, 7TH FLOOR<br>NEW YORK, N.Y. 10005 | Notify Party<br>CEDAR PETROCHEMICALS INC.<br>110 WALL STREET, 7TH FLOOR<br>NEW YORK, N.Y. 10005 | |
| Port of Loading<br>ULSAN, KOREA | Final Destination<br>ROTTERDAM, NETHERLANDS | |
| Vessel Name<br>BOW FLORA | Shipment Date<br>050524 | ORIGINAL |

| Shipping Mark | Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| N/M | 2003.432 MTS OF PHENOL SHIPPED IN BULK<br>MEETING THE FOLLOWING SPECIFICATIONS:<br>PROPERTY / UNIT / VALUE / METHOD / TEST METHOD<br>.PURITY/PCT WT/ 99.9 MIN/CALCUL/<br>.FREEZING POINT/DEG C/40.6 MIN/4604/ASTM D-1493<br>.COLOUR PT/CO SCALE/HAZEN U/10 MAX/4603/ASTM D-1686<br>.WATER CONTENT/MG-KG/500 MAX/4601/ASTM D-1631<br>.2 METHYLBENZOFURAN&&G-KG/100 MAX/4446/GLC<br>.MISCIBILITY(1/12 AT 20 DEG C)/ - /TEST PASSES/GS/ -<br>.CARBONYL<br>(AS MESITYL OXIDE)/MG-KG/100 MAX/4604/ESPECTR.<br>.MESITYL OXIDE/MG-KG/50 MAX/4646/<br><br>FOB ULSAN, KOREA<br><br>2003.432 MTS    USD930/MT    USD1,903,260.00 | | | |

* PRICE PER METRIC TON OF USD 930/MT FOB ULSAN, KOREA

DONGBU HANNONG CHEMICAL CO., LTD.

Y. H. PARK / SENIOR VICE PRESIDENT

