UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CEDAR PETROCHEMICALS, INC.,
                        Plaintiff,

        -v-

DONGBU HANNONG CHEMICAL CO., LTD.,
                        Defendant.

------------------------------------------------------------X

06 Civ. 03972 (AJN)

ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: SEP 2 6 2013

ALISON J. NATHAN, District Judge:

    As discussed at the final pretrial conference in this matter, the trial time in this case will allotted by party with time counted against a party for any period during which it is presenting its case, conducting cross-examination, or objecting. The total time to be allotted for trial in this case will be eighteen hours. Although the Court generally divides time evenly, Defendant has conceded, and the Court agrees, that it is appropriate in this case to allow Plaintiff to have a larger proportion of the time. Accordingly, of the eighteen hours, Plaintiff will have eleven and Defendant will have the remaining seven.

    SO ORDERED:

Dated: September 26, 2013
       New York, New York

_____
ALISON J. NATHAN
United States District Judge