# MTD SALES INVOICES ISSUED TO CEDAR

# MINTON, TREHARNE & DAVIES LIMITED

*Consulting Scientists, Mariners & Engineers*
*Analytical & Testing Laboratories*

CARDIFF CF23 8HF UK
TEL +44 (0)29 20540000
FAX +44 (0)29 20540111
E MAIL mtd@minton.co.uk
WEB www.minton.co.uk
VAT Reg GB 135 0885 69

4651

## SALES INVOICE

**Invoice To:**
KENNEDY LILLIS SCHMIDT AND
ENGLISH
75 MAIDEN LANE, 4TH FLOOR
NEW YORK
10038 - 4816
USA


RECEIVED FEB 2 2007 KENNEDY LILLIS SCHMIDT & ENGLISH

Account No K176
Customer Ref
Date 31/01/2007
Invoice No 05834
Page No 1

| TO FEES: | Dept | VAT | Total |
|---|---|---|---|
| " MO 3 GREEN PIONEER  MTD 06143 UC " | | | |
| YOUR REF: J.LILLIS | | | |
| ACCOUNT TO 20.10.06 | | | |
| TO PROFESSIONAL SERVICES IN CONNECTION WITH THE ABOVE | | | |
| TO FEES | O3 | Z | 1330.00 |
| REVIEW DOCUMENTS | | | |
| TIME SPENT IN COLLATING INFORMATION AND PREPARATION OF REPORT | | | |
| REPORT DATED 28.6.06 | | | |
| M.EAST ATTENDANCE AT MEETING WITH J.LILLIS 20.10.06 | | | |

**Terms: Nett Monthly**

For direct payments to our bank:
Lloyds TSB Bank, 1 Queen Street, Cardiff CF12 4AF
Sort Code: 30-96-91  Account Number: 02420280
Swift Code LOYDGB 21217   IBAN Number GB56 LOYD 3096 9102 4202 80

| | |
|---|---|
| Total | 1330.00 |
| VAT | |
| Total Due | 1330.00 |

All amounts shown in UK pounds sterling (GBP) unless otherwise stated
Where Code 1 appears in the VAT column then VAT has been applied at the standard rate of 17.5%

TOTAL P.02

4651


# MINTON, TREHARNE & DAVIES LIMITED

*Consulting Scientists, Mariners & Engineers*
*Analytical & Testing Laboratories*

**HEAD OFFICE**
MERTON HOUSE
CROESCADARN CLOSE
CARDIFF CF23 8HF UK
TEL +44 (0)29 20540000
FAX +44 (0)29 20540111
E MAIL mtd@minton.co.uk
WEB www.minton.co.uk
VAT Reg GB 135 0885 69

## SALES INVOICE

Invoice To:
KENNEDY LILLIS SCHMIDT AND ENGLISH
75 MAIDEN LANE, 4TH FLOOR
NEW YORK
10038 - 4816
USA

Account No   K176
Customer Ref
       Date  31/07/2007
Invoice No   07118
  Page No    1

**TO FEES:**

| Description | Dept | VAT | Total |
|---|---|---|---|
| " NO 3 GREEN PIONEER " <br> YOUR REF: J.LILLIS <br> OUR  REF: MTD 06143 UC <br> <br> ACCOUNT TO 30.3.07 <br> <br> TO PROFESSIONAL SERVICES IN CONNECTION WITH THE ABOVE <br> TO FEES AND EXPENSES <br> M.EAST ATTENDANCE AT MEETING WITH J.LILLIS 23.3.07 <br> TIME SPENT IN ARRANGING COPIES OF DOCUMENTS AND COURIER TO NEW YORK | O3 | Z | 983.40 |

**Terms: Nett Monthly**

For direct payments to our bank:
Lloyds TSB Bank, 1 Queen Street, Cardiff CF12 4AF
Sort Code: 30-96-91  Account Number: 02420260
Swift Code LOYDGB 21217   IBAN Number.GB56 LOYD 3096 9102 4202 80

Total         983.40
VAT
Total Due     983.40

All amounts shown in UK pounds sterling (GBP) unless otherwise stated

28-FEB-2008  17:19  FROM MINTON TREHARNE DAVIES  TO 90012124300810  P.02



# MINTON, TREHARNE & DAVIES LIMITED

*Consulting Scientists, Mariners & Engineers*
*Analytical & Testing Laboratories*

**HEAD OFFICE**
MERTON HOUSE
CROESCADARN CLOSE
CARDIFF CF23 8HF UK
TEL +44 (0)29 20540000
FAX +44 (0)29 20540111
E MAIL mtd@minton.co.uk
WEB www.minton.co.uk
VAT Reg GB 135 0885 69

## SALES INVOICE

Invoice To:
KENNEDY LILLIS SCHMIDT AND
ENGLISH
75 MAIDEN LANE, 4TH FLOOR
NEW YORK
10038 - 4816
USA

Account No K176
Customer Ref J.LILLIS
Date 31/07/2009
Invoice No 10131
Page No 1

| TO FEES: | Dept | VAT | Total |
|---|---|---|---|
| " NO 3 GREEN PIONEER " | | | |
| OUR REF: MTD 06143 UC | | | |
| TO PROFESSIONAL SERVICES IN CONNECTION WITH THE ABOVE | | | |
| TO FEES | O3 | Z | 8980.98 |
| REVIEW OF DOCUMENTS. TIME SPENT IN COLLATING INFORMATION. PROVISION OF INFORMATIVE ADVICE PREPARATION OF REPORT. REPORT SUBMITTED 24.6.09. TIME SPENT IN PREPARATION FOR DEPOSITION. DEPOSITION 16/17.7.09. | | | |

**Terms: Nett Monthly**

For direct payments to our bank:
Lloyds TSB Bank, 1 Queen Street, Cardiff CF12 4AF
Sort Code: 30-96-91  Account Number: 02420280
Swift Code LOYDGB 21217   IBAN Number GB56 LOYD 3096 9102 4202 80

Total        8980.98
VAT
Total Due    8980.98

All amounts shown in UK pounds sterling (GBP) unless otherwise stated
Where Code 1 appears in the VAT column then VAT has been applied at the standard rate of 17.5%